___

SO ORDERED,

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 16, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT CARROLL, SR.,                           CASE NO. 18-03982-NPO

DEBTOR.                                        CHAPTER 13

Bradley P. Jones, Esq., Counsel for CIT Bank, N.A.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on August 12, 2019, at 10:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment related to the hearing scheduled to take place on June 24, 2019, on the Motion to Allow a Late Proof of Claim (Dkt. #47) filed by CIT Bank, N.A.. *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##