_____



SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2019**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-3 DIVISION

IN RE:  Robert Carroll, Sr., DEBTOR         CHAPTER 13 PROCEEDING
                                            CASE NO. 18-03982-NPO

### ORDER AS TO MOTION TO ALLOW LATE PROOF OF CLAIM
### DOCKET NO. 47

THAT CIT Bank, N.A. filed a Motion to Allow a Late Proof of Claim on May 10, 2019 and the Court finds no objections to said Motion were filed and the Motion to Allow a Late Claim is Well taken.

IT IS, THEREFORE ORDEREED AND ADJUDGED, that the Proof of Claim filed by CIT Bank, N.A. May 10, 2019 as to the property commonly known as 4410 Siwell Road, Jackson, MS 39212 is allowed.

### ##END OF ORDER##

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail:  msbankruptcy@logs.com
BK Case No. 18-03982-NPO